UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Residential Funding Corporation,
a Delaware corporation,

Plaintiff,

v.

Sterling Mortgage Group, Ltd.,,
a Nevada corporation,

Defendant.

Civil File No. 00-CV-344 MJD/JGL

**ORDER**

This matter came on for hearing before the undersigned Judge of the United States District Court for the District of Minnesota on the 22nd day of June, 2001, upon the Motion of plaintiff Residential Funding Corp. ("RFC") for an Order Entering Default Judgment against Defendant Sterling Mortgage Group, Ltd. for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Based upon the briefs of counsel and the files, records and proceedings herein, the Motion is granted.

**IT IS HEREBY ORDERED THAT:**

1. Default judgment is entered against Defendant Sterling Mortgage Group, Ltd.;

2. Defendant Sterling Mortgage Group, Ltd. shall pay the amount of $185,581.25, plus interest, to Residential Funding Corp. as damages for breach of contract;

FILED JUN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

3. Defendant Sterling Mortgage Group, Ltd. shall pay the amount of $2,157.94 to Residential Funding Corp. attorneys' fees and costs incurred in bringing this litigation; and

Let judgment be entered in the amount of $187,739.19 against Sterling Mortgage Group, Ltd.

Dated: June 22, 2001.

Michael J. Davis
Michael J. Davis
Judge of United States District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.